IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM POPE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:16-CV-00327-WHA |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

## **JUDGMENT**

In accordance with the Order entered in this case on this day, final judgment is entered in favor of the Defendant and against the Plaintiff and this case is Dismissed with prejudice. Costs are taxed against the Plaintiff.

Done this 2nd day of September, 2016.

                                                  /s/ W. Harold Albritton
                                                  W. HAROLD ALBRITTON
                                                  SENIOR UNITED STATES DISTRICT JUDGE